Submitted on record and brief July 13, reversed and remanded for reconsideration
August 18, 1993

In the Matter of the Compensation of
Sandra M. Hawes, Claimant.
OREGON TEMPORARY SERVICES
and Employers Insurance of Wausau,
a Mutual company,
*Petitioners,*

*v.*

Sandra M. HAWES,
*Respondent.*

(WCB 91-06695; CA A75000)

856 P2d 646

Kathryn M. Ricciardelli, Beaverton, filed the brief for petitioners.

No appearance by respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).